IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**ALBERT MARTINEZ,**

      **Plaintiff,**

      vs.                                          Civ. No. 12-1181 JCH/ACT

**CAROLYN W. COLVIN,**
Acting Commissioner of the
Social Security Administration,

      **Defendant.**

## ORDER ADOPTING MAGISTRATE JUDGE'S PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** is before the Court on the Proposed Findings and Recommended Disposition by United States Magistrate Judge Alan C. Torgerson, filed January 28, 2014. [Doc. 20.], which recommended granting Plaintiff's Motion to Reverse and Remand for Rehearing [Doc. 16]. The parties have not filed any objections.

The Court has reviewed the Proposed Findings and Recommended Disposition to determine whether the recommendations are clearly erroneous, arbitrary, obviously contrary to law, or an abuse of discretion. The Court has determined that they are not.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Proposed Findings and Recommended Disposition [Doc. 20] are adopted;

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Reverse and Remand for Rehearing [Doc. 16] is **GRANTED**.

_____
**JUDITH C. HERRERA**
**United States District Judge**